UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LOCAL 50 BENEFIT SERVICES TRUST; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>A SHINING STORE, INC., d/b/a A SHINING STORE,<br><br>Defendant. | )<br>)<br>)<br>) Cause No. 4:08CV613 CDP<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT JUDGMENT

The parties, having entered into a Stipulation for Entry of Judgment by Consent ("Stipulation"), which has been reviewed by the Court,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs have judgment against the Defendant, A Shining Store, Inc., d/b/a A Shining Store in the amount of $890.00 in union dues, $2,662.24 in contributions, $671.45 in interest, $268.14 in liquidated damages, $2,432.24 in severance pay, $4,098.50 in attorneys' fees and $496.53 in costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon payment by Defendant of $11,519.10 by December 10, 2009, as set forth in the parties Stipulation, the full judgment will be deemed satisfied.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Court will retain jurisdiction over this matter to enforce the Stipulation.

So Ordered this 22nd day of September, 2008.

_____
Honorable Catherine D. Perry
United States District Judge

345526.WPD